# LEVY DAVIS & MAHER, LLP
### ATTORNEYS AT LAW
880 Third Avenue, Ninth Floor
New York, New York 10022-4730

SHELDON I. LEVY (1927-1999)
MALCOLM H. DAVIS
DAMON R. MAHER
JONATHAN A. BERNSTEIN

HARMON L. FIELDS

TELEPHONE: (212) 371-0033
FACSIMILE: (212) 371-0463
www.levydavis.com
E-MAIL: thefirm@levydavis.com

June 12, 2006

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States Court House
P.O. Box 9014
Central Islip, New York 11722-9014

           Re:    Estrella *et al.* v. P.R. Painting Corp. *et ano.*,
                   06 Civ. 0717 (ADS) (AKT)

Dear Magistrate Judge Tomlinson:

    We represent Miguel Estrella and Higinio Pena, the plaintiffs in this action. I write regarding defense counsel's request to adjourn the initial conference currently scheduled for June 21. Briefly, we do not oppose the request for adjournment.

    I wrote defense counsel on June 8 to tell him so. However, I learned only this afternoon that my letter was not transmitted because I mis-dialed Mr. Dandeneau's fax number.

    I am engaged in other courts on June 27, June 30 and July 17-21. I will be on vacation with my family the week of August 14.

    I apologize for the confusion.

                                          Respectfully submitted,

                                          Jonathan A. Bernstein

JAB:jb